NEW-YORK,
May, 1810.

CLOW
v.
BORST and
BEST.

---

## CLOW *against* BORST and BEST.

THIS was an action for breach of covenant. The declaration stated, that the defendants, on the 21st *May*, 1808, at *Catskill*, by their covenant, promised, jointly and severally, to pay to the plaintiff, or order, 90 days after date, 198 dollars and 73 cents, with interest.

The defendants pleaded, 1. *Non est factum*; 2. That on the 25th *November*, 1808, at *Catskill*, the plain-

In an action of covenant, it was held, that a plea of the acceptance of a satisfaction by the plaintiff from a third person, or stranger, was not good.

NEW-YORK,
May, 1810.

CLOW
v.
BORST and
BEST.

tiff took, accepted and received, a discharge of a certain action, then pending against him, in the supreme court, in favour of one *Michael Borst*, in a plea of covenant broken, in full satisfaction and discharge of all damages and costs, sustained by the plaintiff, by reason of a breach of the covenant now declared on, with a verification.

To this plea there was a general demurrer, and joinder.

*J. V. D. Scott*, in support of the demurrer.

*Cantine*, contra.

*Per Curiam.* In the case of *Grimes* v. *Bolfield*, (*Cro. Eliz.* 541.) and which is cited as law, by Baron *Comyns*, (tit. *Accord*, A. 2.) it was held not to be a good plea of accord and satisfaction to a bond, that a *stranger* had surrendered a tenement to a plaintiff, in satisfaction of the debt, which he accepted; because the stranger was not privy to the bond; and a satisfaction given by him was not good. If this case be an authority, and it does not appear ever to have been questioned, the plea in the present case is bad, and judgment must be given for the plaintiff.

Judgment for the plaintiff.